UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISON

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No.: 4:17-CR-00100-PLC |
| HENRY R. RYCHLIK, JR., and<br>WILBUR-ELLIS COMPANY, | ) |
| Defendant. | ) |

### DEFENDANT RYCHLIK'S MOTION TO WITHDRAW WARRANT AND ISSUE SUMMONS FOR APPEARANCE

COMES NOW Defendant Henry Rychlik, by and through undersigned counsel, and respectfully requests that the Court withdraw the warrant that has been issued in this matter and issue a summons that Mr. Rychlik appear for arraignment on March 14, 2017.  In support, Defendant states as follows:

1. Mr. Rychlik has been charged by Information with misdemeanor offenses.
2. Mr. Rychlik resides in Texas and has voluntarily traveled to St. Louis for a meeting at the U.S. Attorney's Office in this matter.
3. Defendant Wilbur-Ellis Company is set for arraignment with this Court on March 14, 2017.
4. Assistant United States Attorney Charles Birmingham indicated he is not opposed to this request.

Respectfully Submitted,

**HOLDER | SUSAN | SLUSHER**

By____/s/Christopher A. Slusher_____

HOLDER|SUSAN|SLUSHER
ATTORNEYS

        Christopher A. Slusher (#39321)
        HOLDER SUSAN SLUSHER
        107 N. Seventh St.
        Columbia, Missouri 65201
        Telephone - 573/499-1700
        Telecopy - 573/499-0969
        cslusher@midmissourilawyers.com

**ATTORNEYS FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of March, 2017, I electronically filed the foregoing with the clerk of the court using the CM/ECF system, which sent notification of such filing to the following:

Charles S. Birmingham
Assistant U.S. Attorney
United State's Attorney's Office for the Eastern District of Missouri
Thomas Eagleton Courthouse
111 S. 10th Street, 20th Floor
St. Louis, MO 63102

          /s/Christopher A. Slusher

Christopher A. Slusher