UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | )  No. S1-4:17-cr-00100 NAB |
| WILBUR-ELLIS COMPANY, | ) ) ) |
| Defendant. | ) |

## GOVERNMENT'S MOTION TO CONTINUE CHANGE OF PLEA HEARING

COMES NOW the United States of America, by and through its undersigned counsel, and respectfully moves the Court to continue the date of Wilbur-Ellis Company's Change of Plea Hearing scheduled for Friday, January 26, 2018.  Defendant Wilbur-Ellis Company joins the Government in seeking a continuance.  Both parties further request that the Court reschedule the Change of Plea Hearing at the next Status Conference.

Respectfully submitted,

JEFFERSON SESSIONS
United States Attorney General
THOMAS LARSON
Acting United States Attorney
WESTERN DISTRICT OF MISSOURI


 /s/  Charles S. Birmingham
CHARLES S. BIRMINGHAM, #47134MO
Special Attorney to the United States Attorney General


 /s/  Gilbert C. Sison
GILBERT C. SISON, #52346MO
Special Attorney to the United States Attorney General

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 23, 2018, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon all counsel of record.

                                       */s/  Charles S. Birmingham*
                                       CHARLES S. BIRMINGHAM, #47134MO
                                       Special Attorney to the United States Attorney General


                                       */s/  Gilbert C. Sison*
                                       GILBERT C. SISON, #52346MO
                                       Special Attorney to the United States Attorney General