**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**

Courtroom Minute Sheet – Criminal Case

Date **4-25-18**   Judge **BAKER**   Case No. **17cr 100**

UNITED STATES OF AMERICA v. **Wilbur - Ellis Co. LLC**

Deputy Clerk Initials: **CLA**   Court Recorder: _____

Assistant United States Attorney: **Birmingham /Sisson**

Attorney for Defendant: **Granoff /Sprague**

Interpreter _____   _____ **SEALED PROCEEDING**

**Proceedings:**

| | |
|---|---|
| ____ Initial Appearance | ____ In Court Hearing (WAIVER OF MOTIONS) |
| ____ Initial Appearance Supervised Release | ____ Motion Hearing |
| ____ Rule 5(c)(3)Removal (Identity) | ____ Evidentiary Hearing |
| ____ Detention Hearing | ____ Oral Argument/Non Evidentiary Hearing |
| ____ Preliminary Examination | ____ Preliminary Revocation |
| ____ Bond Execution/Appearance Bond | ____ Supervised Release |
| ____ Bond Review | ____ Probation |
| ____ Arraignment | |

✓ **Change of Plea/Sentencing**
____ Competency Hearing
____ Pretrial/Status Conference

Additional Information: **Sentencing set for 7-17-18 at 9:30 am**

**Initial Appearance:**
Bond set in the amount of: $ _____   Bond Type _____

Preliminary Exam/Detention Hearing scheduled: _____ @ _____ Before: _____

Detention Hearing only scheduled: _____ @ _____ Before _____

Arraignment Scheduled: _____ @ _____ Before _____

**Preliminary Revocation Hearing:**
Final Supervised Release or Probation Revocation Hearing Scheduled: _____ Before _____

**Arraignment:**

_____ Defendant is sworn and arraigned

_____ Waives reading of indictment/information

_____ Not guilty plea entered.   Order on pretrial motions to issue.

_____ Motion for Extension of Time to File Pretrial Motions (GRANTED).
IT IS HEREBY ORDERED that the time granted to defendant to investigate and prepare pretrial motions or a waiver thereof is excluded from computation of the time for speedy trial.

All Pretrial Motions/ Waiver of Motions due no later than _____

Evidentiary Hearing is set for: _____ @ _____ Before: _____

**Evidentiary Hearing:**
_____ Defendant waives evidentiary hearing. ** Case referral termed

_____ By leave of court defendant withdraws all pretrial motions and waives evidentiary hearing. **Case referral termed.

_____ Hearing held. Testimony heard. Motions taken under submission.

**Trial Scheduled:** _____ Before _____

_____ Remanded to custody _____ Released on bond

Proceeding commenced **9:46**   Proceeding concluded **9:54**